SARAH J. STOKES, as Administratrix of the Estate of JOHN J. STOKES, Deceased, Respondent, *v.* THE DELAWARE AND HUDSON RAILROAD COMPANY, Appellant.

(Argued October 27, 1932; decided November 22, 1932.)

*Joseph Rosch,* *P. C. Dugan* and *J. L. Fitzgerald* for appellant.

*Willard R. Pratt* and *Sharon J. Mauhs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.